UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENARDO GATICA CARRASCO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-01394-DAD-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. No. 22) |

   Plaintiff Bernardo Gatica Carrasco initiated this action with the assistance of counsel seeking judicial review of a final decision of the Commissioner of Social Security. (Doc. No. 1). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15). (E.D. Cal. 2022).

   On February 10, 2022, the assigned magistrate judge issued a findings and recommendations recommending the Commissioner of Social Security's decision be affirmed. (Doc. No. 22). The findings and recommendations served on the parties contained notice that any objections were due within fourteen days. (*Id*. at 14-15). As of the date on this order, no party has filed any objections. (*See* docket).

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The Findings and Recommendations issued on February 10, 2022 (Doc. No. 22) are adopted in full;

2. The decision of the Social Security Commissioner is AFFIRMED;

3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated: __August 31, 2022__   _____
UNITED STATES DISTRICT JUDGE